PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION ~~AMENDED~~

NOV 6 2023 am8:44
FILED - USDC - NDTX - LU

JOHN GABRIEL RIOS #11061
_____
Plaintiff's Name and ID Number

LYNN COUNTY Sheriff's Office
_____
Place of Confinement

5-23CV-270-H

CASE NO._____
(Clerk will assign the number)

v.

Wanda Mason
810 Lockwood St
Tahoka, TX  79373
_____
Defendant's Name and Address

Derek Hester
810 Lockwood St
Tahoka TX  79373
_____
Defendant's Name and Address

Rebbecca McKibben
810 Lockwood St
Tahoka TX  79373
_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

---

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _✓_ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

            Plaintiff(s) _Rios_

            Defendant(s) _Lynn County Sheriff's office, et. al._

        3. Court: (If federal, name the district; if state, name the county.) _Northern Lubbock Division_

        4. Cause number: _5:23-cv-224-H_

        5. Name of judge to whom case was assigned: _Hendrix_

        6. Disposition: (Was the case dismissed, appealed, still pending?) _Pending_

        7. Approximate date of disposition: _____

II.    PLACE OF PRESENT CONFINEMENT: _Lynn County Sheriff's office_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: _John Gabriel Rios #11061_
_810 Lock wood St_
_Tahoka Tx 79373_

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _J. Harrison; Transporting officer; Lynn County Sheriff's office; 810 Lockwood Street Tahoka Tx 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex code Crim. Pro. Art. 22.13, 17.033; 18 U.S.C.§2381, §2383, §2385, §2384

Defendant #2: _Courteney Odom; Clerk; 106th District court in Tahoka; P.O. Box 939 Tahoka TX 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Col crim. Pro. Art. 22.13, 17.033; 18 U.S.C.§2381, §2383, §2385, §2384

Defendant #3: _Unknown; employee May 12th 2023 - continued; Lynn County Sheriff's office; 810 Lockwood Street Tahoka Texas 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A XIV, XIII, VIII, VI, V, IV, I; Tex. code crim. Pro. Art. 22.13, 17.033; 18 U.S.C.§2381, §2383, §2385, §2384

Defendant #4: _Greg Abbott; Attorney General; office of the Attorney General; P.O. Box 12198 Austin, TX 79711-2198_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code crim. Pro. Art. 22.13, 17.033; 18 U.S.C.§2381, §2383, §2385, §2384

Defendant #5: _Philip Mack Furlow; 106th District court Prosecuting attorney; P.O. Box 1124 Lamesa Tx 79331-0008; Lynn county court house 1501 South 1st Street Tahoka Tx 79373_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A XIV, XIII, VIII, VI, V, IV, I; Tex. code crim. Pro. Art. 22.13, 17.033; 18 U.S.C.§2381, §2383, §2385, §2384



Reed Filley : Judge : 106th District court : P.O. Box 1268 Lamesa TX 79331-1268, Lynn County Courthouse 1501 S. 1st St Tahoka TX 79373

M. Aguilar Jr. : Attorney at Law; 5109 82nd St Suite 7 Box 192 Lubbock, TX 79424

18 U.S.C. §981, §2, §1962(c), §1961; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2385, §2384

Wanda Mason : sheriff : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A XIV XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2385, §2384

Derek Hester : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2385, §2384

Rebecca McKibben : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2385, §2384

Katrina White : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2385, §2384

Joshua Rocha : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2385, §2384

Brent Meyer : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2385, §2384

. Smith : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2385, §2384

A. Delzman : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2385, §2384

A. Rendon : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2384

I. Reyes : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2384

A. Gonzales : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2385, §2384

L. Henderson : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2384

M. Rosas : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1964; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2383, §2384

J. Hernandez : employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1961; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2381, §2384

. Balbazar : former employee : Lynn county sheriff's office : 810 Lockwood St Tahoka Tx 79373

18 U.S.C. §981, §2, §1962(c), §1963, §1961; U.S.C.A. XIV, XIII, VIII, VI, V, IV, I; Tex. Code Crim. Pro. Art. 22.13, 17.033; 18USC§3238, §2383, §2385, §2384

(4)

Texas code of criminal procedure article 17.033, 22.13(a)1(4)5)(6); 18U.S.C. 3283, 18U.S.C. §1962(c), §1951, §1201, §1581, §1513, §1372(4)(5), 3/203;

V.   STATEMENT OF CLAIM: U.S.CA I ; U.S.CA II ; U.S.CA I ; 18U.S.C. 2381, 2383, 2385, 2384, 18(A)1)A)(G);1)iii)(F).

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. Claim 1 - 7

Claim 1.) False imprisonment transported as forgein commerce by J. Harrison May 12th 2023.

Claim 2.) Forgein commerce held to A condition of slavery without lawful process.

Claim 3.) May 22nd 2023 false imprisonment in the 106th District court, Tahoka Texas.

Claim 4.) June 5th 2023 false imprisonment in the Lynn County court house, Tahoka Texas.

Claim 5.) July 3rd 2023 false imprisonment in the 106th District court, Tahoka Texas.

Claim 6.) September 25th 2023 false imprisonment in Lynn County court house, Tahoka Texas.

Claim 7.) False imprisonment of May 12th 2023 without ORDER OF COURT, held invaild, Held invaild, by October 18th 2023 held invaild, by February 5th 2024 held invaild completely without lawful process.

VI.   RELIEF: Just in ORDER; USCA XIV; 18USC§2383 ; 18USC§1962(c), §1463(a)1)2)A)B)(D)(S)(V)(F)1)2)(6)(a)2)(e)(F)(9)4)5)(h)1)3)4)5)(i)1)2)(iX(A)(L)x)2)3)4) (5)(6)A)9)(7)(m)1)2)3)4)5), §1964a)X6)c)(a), USCA XIII , VII, VI, V, IV ; Texas code of criminal Procedure Article 17.033, 22.13(a)1(4)5)(6)A)B)(8); 18USC§ 18(A)1)A)(G);1)iii)(F); 18USC§2381, 18USC§2385, 18USC§2384 ; 18USC§2(a)(a)4)USCA I.

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes. Shall have the power to enforce; loans/value of chattel times seconds of land twice the gross loss x7 ; loans x7 /all property available and availible for forfeiture to the Plainiff ; /value of chattel times seconds of and times three; attorney fee; cost of suit ; shall have the power to enforce ; shall not be required Shall have ; shall not be deprived and twice put in jeopardy ; shall not be violated ; value of chattel times seconds of violation/Per each violation continued times five exonerations/value of chattel times seconds held in violation for each violation, continued times six; complete forfeiture of all defendants property personal and private & Per names, 38%, telephone, house, machinery, motor vehicle, value, items of all kinds, all for me ; Death to stop unnessessary United States Resources, /8 loans/no office/x 5 ; 20 years x7 /value of chattel times seconds for seven violations, 50% no office x7 ; 20 yrs x7 / value of chattel times seconds for seven violations; whoever counsels, commands, and/or/ly causes the violations against me to be A principal ; The right to restitution ; court cost, cost of suit, litigation cost, Pro-Se fee, of $350 per hour and cost & count & $600 per hour in court rounded up to the hour and all fines paid to the Pro-se Plainiff with all property given to with remedys to John Gabriel Fox.

VII.   GENERAL BACKGROUND INFORMATION:

A.   State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B.   List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII.   SANCTIONS:

A.   Have you been sanctioned by any court as a result of any lawsuit you have filed?   ✓ YES ____ NO

B.   If your answer is "yes," give the following  information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division): Northern   Lubbock

2.   Case number: 5:21-cv-00056-H

3.   Approximate date sanctions were imposed: _____

4.   Have the sanctions been lifted or otherwise satisfied?   ✓ YES ____ NO

⑤

INMATE GRIEVANCE

Lynn County Sheriff's Office
810 Lockwood Street
Tahoka, Tx 79373

TO:  GRIEVANCE OFFICER

FROM:  <u>John Gabriel Rios</u>                    <u>Seggragation Cell 04</u>
        Name of inmate                            Cell and/or Cell Block Number
<u>Cause number</u>                              <u>May 12th 2023</u>  Feb. 4th 2023 (first time)
<u>United States District court</u>
        Date Filed
<u>Filed October 21st night swft. after copy made</u>                    Date Confined

SIR:

I WISH TO FILE A GRIEVANCE. I CERTIFY THAT MY STATEMENT IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE AND BELIEF.

STATEMENT

(Please print or write legibly. Include all dates, times, and names of persons involved, including
witnesses if necessary.)

➤ Why, did you send J. Harrison May 12th 2023, to Archer County
Sheriff's Office to law enforcement way Archer city Tx 76351?

➤ Why, did you hold John Gabriel Rios #11061?

➤ Why, did Philip Mack Furlow agree with Reed Filley I have a family
Violence charge on May 22nd 2023, with no cause matter?

➤ Why, did you take John Gabriel Rios #11061 to the court house but not in
the court room June 5th 2023.

➤ Why, did you take John Gabriel Rios #11061 to the court room with Reed
Filley and him say "not guilty" July 3rd 2023?

➤ Why, did you take John Gabriel Rios #11061 to the court house september
25th 2023?

Why, have you not provided entire information of John Gabriel Rios #11061
Warrant signed by judge. Indictment with judge and juror's signature's on it?

Why, have I been confined since February 4th 2023?

                                                   October 21st 2023

so why did you get new travis yesterday???        Your Signature  after Dinner meal

Seal this completed form in an envelope and it will be delivered unopened, to the grievance officer
the same day or the next normal workday.

John GABRIEL RIOS #111061
816 Lockwood Street
Haskell, TX 79373

Personal
&
Confidential/
Legal Mail ⚖
Envelopes 1 of 2 (PS1-6 of 12)

RECEIVED

NOV - 6 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LUBBOCK TX 794
1 NOV 2023 PM 1 L

79401-403199

United States District Court
Northern District Court
Office of the Clerk
1205 Texas Ave., Room 209
Lubbock, TX 79401



FOREVER / USA